IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

          Plaintiff,                        ORDER

    v.                                       09-cr-025-bbc

THOMAS BLUHM,

          Defendant.

---

    The government has requested a continuance of the sentencing date in this case. The request is granted. The sentencing will be continued until August 5, 2009 at 1:00 p.m. The presentence report is to be filed no later than July 9, 2009 and objections are due no later than July 24, 2009.

    Entered this 11th day of June, 2009.

                                              BY THE COURT:

                                            /s/

                                            BARBARA B. CRABB
                                            District Judge